UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**LORRY VAN CHASE,**  Civil No. 05-1989 MJD/SRN

    **Plaintiff,**

v.

                            **ORDER**

**LISA J.W. HOLLINGSWORTH,**
**Warden/CEO at FCI Sandstone,**

    **Defendant.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated November 14, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u>, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: December 19, 2005.

                                          <u>s / Michael J. Davis</u>
                                          Judge Michael J. Davis

United States District Court Judge